United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RCM INTERNATIONAL, LLC ) | Case No. 3:14-cv-04788-SC |
| ) |  |
| Plaintiff, ) | ORDER GRANTING IN PART |
| ) | MOTION TO SHORTEN TIME |
| v. ) |  |
| ) |  |
| ALPENTAL ENERGY PARTNERS, LLC; ) |  |
| BLUE MOUNTAIN BIOGAS, LLC; and ) |  |
| DOES TWO through TWENTY, inclusive ) |  |
| ) |  |
| Defendants. ) |  |

Now before the Court is Plaintiff RCM International LLC's ("RCM") motion to shorten time for disposition of its motion to remand. ECF Nos. 14 ("Deadline Mot."); 15 ("Remand Mot."). RCM requests the Court vary the ordinary motion schedule to accommodate pending proceedings in state court, including a trial date of January 26, 2015. Specifically, RCM requests the deadline for responsive briefing to the motion to remand fall seven (7) days after its motion to remand, on November 14, 2014. RCM also requests the deadline for reply fall three (3) days later, on

November 17, 2014.  ECF No. 14 ("Duda Decl.") at ¶ 6.  RCM also seeks to waive the hearing on the motion to remand.  Id. at ¶ 7.

 Defendant Blue Mountain Biogas, LLC ("Blue Mountain") has filed a response agreeing to shorten the briefing deadlines but refusing to waive a hearing on the motion to remand.  ECF No. 16 ("Deadline Response").

The Court finds good cause exists to shorten the briefing deadlines and disposition of the motion to remand.  See Civ. L.R. 6-3(a).  Accordingly, the Court ORDERS that the motion to remand shall be governed by the following schedule:

- As agreed by the parties, Defendants shall file any response to RCM's motion to remand within seven (7) days of the motion, on Friday, November 14, 2014.
- As agreed by the parties, RCM shall file any reply within three (3) days of Defendants' response, on Monday, November 17, 2014.
- The matter shall be set for a hearing on Friday, November 21, 2014 at 10:00 AM in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California.  After reviewing the parties' submissions the Court will determine whether oral argument is necessary.  Civ. L.R. 7-1(b).  If the Court determines a hearing is unnecessary, it will vacate the hearing date and decide the motion on the papers.

IT IS SO ORDERED.

Dated: November 13, 2014

UNITED STATES DISTRICT JUDGE